UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 06-070M |
| v. ) | |
| ) | |
| AROLDO PEREZ-PEREZ, ) | DETENTION ORDER |
| ) | |
| Defendant. ) | |
| _____ ) | |

Offense charged:

    Illegal Reentry After Deportation in violation of 8 U.S.C. § 1326(a).

Date of Detention Hearing:  February 16, 2006.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions will reasonably assure the appearance of defendant as required or ensure the safety of the community.

    FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    (1)    A detainer has been placed on defendant by the Bureau of Immigration and Customs Enforcement.

    (2)    Defendant is a citizen of Mexico, and it appears he has no ties to this community, or to the Western District of Washington.

    (3)    Defendant has had prior deportations to Mexico.

01    (4)    Defendant has stipulated to detention, due to the immigration detainer lodged
02 against him, but reserves the right to contest his continued detention if there is a change in
03 circumstances.

04    IT IS THEREFORE ORDERED:

05    (1)    Defendant shall be detained pending trial and committed to the custody of the
06           Attorney General for confinement in a correction facility separate, to the extent
07           practicable, from persons awaiting or serving sentences or being held in custody
08           pending appeal;

09    (2)    Defendant shall be afforded reasonable opportunity for private consultation with
10           counsel;

11    (3)    On order of a court of the United States or on request of an attorney for the
12           government, the person in charge of the corrections facility in which defendant
13           is confined shall deliver the defendant to a United States Marshal for the purpose
14           of an appearance in connection with a court proceeding; and

15    (4)    The Clerk shall direct copies of this Order to counsel for the United States, to
16           counsel for the defendant, to the United States Marshal, and to the United States
17           Pretrial Services Officer.

18    DATED this 16th day of February, 2006.

*/s/ James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

DETENTION ORDER                                                                    15.13
18 U.S.C. § 3142(i)                                                             Rev. 1/91
PAGE 2